James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEVEN LINK,<br><br>                     Plaintiff,<br><br>           v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>                     Defendant. | CV# 3:11-01025-JE<br><br>ORDER GRANTING STIPULATED EAJA FEES, COSTS AND EXPENSES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3255.25 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition, Plaintiff will be awarded $27.28 in postage expenses pursuant to 28 U.S.C. § 2412 and $5.40 in photocopying costs pursuant to 28 U.S.C. § 1920, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). The court directs Defendant to issue checks to Plaintiff in care of his attorney, James S. Coon, at Mr. Coon's address:  820 SW 2nd Ave Ste 200, Portland OR 97204.

Dated this 9th day of January, 2013.

/s/ John Jelderks
United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff