James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN LINK,                                CV# 3:11-01025-JE

            Plaintiff,

                                                          ORDER GRANTING
     v.                                        STIPULATED EAJA FEES,
                                                          COSTS AND EXPENSES
COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

            Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3255.25 will be awarded to Plaintiff in care of his attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition, Plaintiff will be awarded $27.28 in postage expenses pursuant to 28 U.S.C. § 2412 and $5.40 in photocopying costs pursuant to 28 U.S.C. § 1920, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). The court directs Defendant to issue checks to Plaintiff in care of his attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204.

Dated this 9th day of January, 2013.

                                                            /s/ John Jelderks
                                                            United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff